UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN OTANEZ,<br>a/k/a "Wilfredo Lopez,"<br><br>Defendant. | ORDER<br><br>06 CR. 1160<br><br>(M-15-0062-M) |

Upon application of the United States of America, by and through Assistant United States Attorney Gina Castellano, it is hereby ORDERED that Indictment 06 Cr. 1160, which was filed under seal on or about December 19, 2006, be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
        January ___, 2015

**JAN 2 0 2015**

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**FRANK MAAS**
United States Magistrate Judge
Southern District of New York

WITEELA