DEC-20-2006 11:38                                                                   P.02/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

JUAN OTANEZ,
    a/k/a "Wilfredo Lopez,"

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - x

**06 CRIM. 1160**

INDICTMENT

06 Cr.

M-15-0062-M

### COUNT ONE

The Grand Jury charges:

1. On or about March 4, 2005, in the Southern District of New York, JUAN OTANEZ, a/k/a "Wilfredo Lopez," the defendant, unlawfully, wilfully, and knowingly did make false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, JUAN OTANEZ, a/k/a "Wilfredo Lopez," the defendant, submitted an application for a United States passport containing false information, including a false name, place of birth, date of birth, and social security number.

(Title 18, United States Code, Section 1542).

                                                                *Michael J. Garcia*

FOREPERSON                                      MICHAEL J. GARCIA
                                                  United States Attorney